### STATE v. SMITH

[356 N.C. 605 (2002)]

STATE OF NORTH CAROLINA v. CORNELIUS KEITH SMITH

No. 317A02

(Filed 20 December 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 150 N.C. App. 317, 562 S.E.2d 899 (2002), affirming a judgment entered 6 March 2001 by Hooks, J., in Superior Court, Brunswick County. Heard in the Supreme Court 3 December 2002.

*Roy Cooper, Attorney General, by Marvin R. Waters, Assistant Attorney General, for the State.*

*A. Michelle FormyDuval and Walter L. Jones for defendant-appellant.*

PER CURIAM.

AFFIRMED.